# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LORENA DELGADILLO,                    )       NO. CV 10-8901 FMO
                                      )
                   Plaintiff,         )
                                      )
        v.                            )       **ORDER TO SHOW CAUSE**
                                      )
NATIONAL CREDIT ADJUSTERS,            )
L.L.C.,                               )
                                      )
                   Defendant.         )
                                      )
_____)

    Rule 4(m) of the Federal Rules of Civil Procedure requires the summons and complaint to be served on all defendants no later than 120 days after the filing of the complaint. The Complaint in this case was filed on November 19, 2010, more than 120 days ago. It appears from the record that plaintiff has failed to complete service as ordered or file the proof of service.

    Accordingly, IT IS HEREBY ORDERED THAT, on or before **July 29, 2011,** plaintiff shall show cause why this action should not be dismissed for plaintiff's failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. Failure to file the declaration by the deadline set forth above or to show cause as ordered may result in dismissal of this action for failure to prosecute. Filing of the proof of service shall be a satisfactory response to the Order to Show Cause.**

Dated this 18th day of July, 2011.       _____
                                         /s/
                                 Fernando M. Olguin
                           United States Magistrate Judge